1  LAW OFFICE OF MIRANDA KANE
   MIRANDA KANE (State Bar No. 150630)
2  Post Office Box 170277
   San Francisco, CA   94117
3  (415) 515-1248
   (415) 552-5959 (Fax)
4  mkane@mirandakanelaw.com

5  Attorney for Defendant
   CHRISTOPHER HAMILE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.: CR-0718-CRB |
| Plaintiff, | ) | |
| | ) | [PROPOSED] SUPERSEDING |
| | ) | ORDER TO REMOVE ELECTRONIC |
| | ) | BRACELET ON NOVEMBER 9, 2009 |
| CHRISTOPHER HAMILE, | ) | |
| | ) | |
| Defendant. | ) | |

On August 19, 2009, the Honorable Charles R. Breyer sentenced Mr. Hamile to one year and one day in prison in the above referenced matter. The Court ordered Mr. Hamile to voluntarily surrender to the United States Marshal Service or a facility designated by the Bureau of Prisons, no later than December 4, 2009. Mr. Hamile has been designated to serve his sentence at FCI Herlong located in Lassen, California. He plans to self-surrender on Monday, November 9, 2009. Mr. Hamile has been on Pre-Trial Release with electronic monitoring since

REQ TO REMOVE
[PROPOSED] SUPERSEDING ORDER
TO REMOVE ELECTRONIC BRACELET
[CR-0718-CRB(JSW)]

February 15, 2009.   His court ordered curfew requires him to be at home everyday between 10:00 p.m. and 6:30 a.m.

**November 9, 2009**

Mr. Hamile may remove his electronic bracelet after 4:30 a.m. on ~~November 8, 2009,~~ and travel by car outside the Northern District of California in order to surrender at FCI – Herlong the same day.   Mr. Hamile agrees to call his Pre-Trial Services Officer before he leaves the Bay Area.  All other terms and conditions of Pre-trial Release will remain in effect until Pre-Trial Services confirms that Mr. Hamile has surrendered at FCI – Herlong.

IT IS SO ORDERED.

Dated: November 6, 2009         _____
                                THE HONORABLE JEFFREY S. WHITE
                                UNITED STATES DISTRICT COURT
                                For the Honorable Charles R. Breyer

cc:  Pretrial Services

REQ TO REMOVE
[~~PROPOSED~~] SUPERSEDING ORDER
TO REMOVE ELECTRONIC BRACELET
[CR-0718-CRB(JSW)]